COMMONWEALTH of Pennsylvania, Respondent,

v.

Rufus CARTER, Petitioner.

Supreme Court of Pennsylvania.

Jan. 8, 2002.

### ORDER

PER CURIAM.

AND NOW, this 8th day of January 2002, the Petition for Allowance of Appeal is GRANTED and the order of the Superior Court is REVERSED. This matter is REMANDED to the Superior Court with instructions to remand the case to the PCRA court to conduct a hearing regarding Emma Campbell's recantation testimony consistent with *Commonwealth v. Williams*, 557 Pa. 207, 732 A.2d 1167, 1180–81 (1999). Also, Petitioner's Application to Dismiss Counsel is DENIED and the Supplemental Brief in Support of Petition to Raise Issue to Preclude Waiver is QUASHED.

Mr. Justice Eakin did not participate in this matter.

---

4. The majority notes that its conclusion is "in keeping" with this Court's pre-*Innis* holding in *Commonwealth v. Mercier*, 451 Pa. 211, 302 A.2d 337 (1973). *Mercier*, however, is inapposite. There, the police read to the defendant a statement of another individual allegedly involved in a murder and robbery, which implicated the defendant, after he had been advised of his *Miranda* rights and had invoked his right to counsel. *Sub judice*, appellant never invoked his *Miranda* rights. In addition, unlike here, there is nothing in the *Mercier* decision to suggest that the defendant initiated a discussion of the nature of the charges against him and the evidence supporting the allegations.